# EXHIBIT A-01

**COMMONWEALTH OF MASSACHUSETTS**

**Suffolk, ss.**

| | |
|---|---|
| KATHLEEN VITA,<br><br>For herself and the Class,<br><br>v.<br><br>BETH ISRAEL DEACONESS MEDICAL CENTER, INC.,<br><br>Defendant. | **SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT BUSINESS LITIGATION SESSION**<br><br>CIVIL ACTION NO. ______________<br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT**

Plaintiff Kathleen Vita ("Plaintiff"), on behalf of herself and the proposed Class (defined below), alleges as follows:

**Preliminary Statement**

1. Plaintiff brings this action to remedy the secret interception of the contents of internet communications between healthcare consumers and the defendant, Beth Israel Deaconess Medical Center, Inc. ("BIDMC"). Specifically, BIDMC aided in the interception of communications between Plaintiff and other Class Members (defined below) and a website maintained by BIDMC (the "BIDMC Website"). BIDMC assisted in the interception of these communications by Google, Facebook (now known as "Meta," but referred to in this complaint as "Facebook"), and other companies that provide so-called "tracking software." The Plaintiff's and Class Members' wire communications with BIDMC were secretly and contemporaneously intercepted, recorded, and transmitted to these third parties without their knowledge or consent whenever they visited any page of the BIDMC Website.

2. BIDMC actively aided the secret interceptions of healthcare consumers' communications with their website by injecting hidden code into the website. During the loading of

webpages on the BIDMC Website, BIDMC assists Google, Facebook, and others to intercept communications surreptitiously.

3. BIDMC did not disclose to healthcare consumers that it helps third parties such as Google and Facebook to intercept the contents of their communications with the BIDMC Website, nor did BIDMC seek or obtain their consent for such interception. On the contrary, BIDMC **falsely** told (and continues to tell) healthcare consumers, through their published online policies and terms of service, that they do **not** share such information.

4. The Massachusetts Wiretap Act (M.G.L. c. 272 § 99) makes it unlawful to "secretly hear, secretly record, or aid another to secretly hear or secretly record the contents of any wire or oral communication." "Wire" communications include communications over the internet between websites and website users. The Massachusetts Wiretap Act's prohibitions apply even when one of the parties to the communications knows about the interception if that party secretly records or intercepts the communication or aids another in recording or intercepting the communication without the knowledge or consent of the other party. It is not necessary for a violation of the Massachusetts Wiretap Act that the entirety of the contents of any communication be intercepted; instead, an unlawful interception occurs when

a. the identity of the parties to the communication;

b. the existence of the communication; **or**

c. any part of the contents, substance, purport, or meaning of the communication is intercepted or recorded.

5. The Massachusetts Legislature enacted the Massachusetts Wiretap Act to counter "the uncontrolled development and unrestricted use of modern electronic surveillance devices," which it found "pose grave dangers to the privacy of all citizens of the commonwealth." M.G.L. c. 272 § 99(A) (preamble). Internet communications fall comfortably within the Act's express terms. The purposes for which the Massachusetts legislature enacted the Massachusetts Wiretap Act are highly significant

in today's world, as technology companies continually chip away at the privacy of individuals, contrary to the public policies that animate the Massachusetts Wiretap Act.

6. Although this case concerns the interception of communications that disclose healthcare consumers' private health information, Plaintiff's claim under the Massachusetts Wiretap Act does not depend on whether the intercepted communications reveal an individual's private health information or any other sensitive information. The Massachusetts Wiretap Act applies to all interceptions, regardless of the communication's substance.

7. Moreover, although this case concerns communications between healthcare consumers and healthcare providers, the Massachusetts Wiretap Act claim of the Plaintiff and the Members of the Class does not depend on the nature of the relationship between Plaintiff and the Members of the Class and BIDMC. The Massachusetts Wiretap Act applies to all interceptions, regardless of relationship, if any, among the parties to the communication.

8. The Massachusetts Wiretap Act provides a private remedy for the secret interception of wire communications, enforceable against both the intercepting party **and** any party that aids such an interception.

9. BIDMC aided interceptions by Google, Facebook, and other third parties of healthcare consumers' communications with BIDMC through the BIDMC Website. Plaintiff seeks statutory remedies under the Massachusetts Wiretap Act both on her own behalf and on behalf of all other Massachusetts residents who accessed the BIDMC Website.

## PARTIES

10. Plaintiff is a resident of Revere, Massachusetts. Plaintiff's husband is a patient at BIDMC. Plaintiff regularly uses the BIDMC Website to (i) obtain information about BIDMC's doctors (including their credentials and backgrounds); (ii) search for information on particular

symptoms, conditions, and medical procedures, both for herself and her husband; and (iii) obtain and review her husband's medical records through the website's patient portal.

11. Defendant Beth Israel Deaconess Medical Center, Inc. is a corporation that operates in Boston, Massachusetts. Its functions include providing healthcare services primarily at its Boston, Massachusetts campus. BIDMC maintains and controls the content of the BIDMC Website.

## JURISDICTION

12. The exercise of personal jurisdiction over BIDMC is proper according to M.G.L. c. 223 § 3 because, among other things, BIDMC is located in and conducts business in Massachusetts, and Plaintiff's claim arises out of BIDMC's activities and conduct in the Commonwealth of Massachusetts.

## FACTUAL ALLEGATIONS

### BIDMC and Its Website

13. BIDMC operates a hospital in Boston, Massachusetts. BIDMC offers inpatient and outpatient care to residents near Boston and surrounding communities in eastern Massachusetts. BIDMC provides healthcare across various specialties, including heart and vascular care, orthopedics, cancer, diabetes, surgery, obstetrics and gynecology, oncology, and trauma care.

14. BIDMC maintains the BIDMC Website for its hospital, found at https://www.bidmc.org/. Through that website, healthcare consumers can obtain information about the services BIDMC provides, including information about doctors, services, and treatments provided by BIDMC for particular medical conditions.

15. The BIDMC Website is designed for communications with healthcare consumers. The website includes the following functions:

(a) The BIDMC Website provides general information about BIDMC.

(b) The BIDMC Website provides information about healthcare services provided at BIDMC, communicated through service-specific pages for a range of services such as

"Obstetrics and Gynecology," "Cancer Center," "Digestive Disease Center," and "Neurology," among many others.

(c) The BIDMC Website provides substantive information about specific health conditions through the website's "Conditions & Treatments" section, which presents a comprehensive database of conditions BIDMC treats, including symptoms and causes of those conditions, diagnoses and treatments, and programs and services offered by BIDMC.

(d) The BIDMC Website permits healthcare consumers to use a "Find a Doctor" function to search for doctors by condition, specialty, gender, language, and location.

(e) The BIDMC Website permits healthcare consumers to book an appointment online through the website.

(f) The BIDMC Website permits healthcare consumers to access and pay bills online.

(g) The BIDMC Website lets healthcare consumers access their private medical information online through the PatientSite patient portal.

16. Because the BIDMC Website provides an interactive experience through which a healthcare consumer can obtain information about particular medical conditions, doctors, specialties, and the website user's own healthcare condition and needs, a website user's interaction with the website reveals personal information about the website user.

**Reasonable Expectations of Users of the BIDMC Website**

17. Healthcare consumers in Massachusetts have an interest in preserving the confidentiality of communications with healthcare providers. Among the ways healthcare consumers communicate with healthcare providers is through those providers' websites, such as the BIDMC Website.

18. Users of healthcare-related websites such as the BIDMC Website have a legitimate expectation and understanding that their communications with BIDMC through the website will be private. They also have a legitimate expectation that healthcare providers such as BIDMC will not share with third parties their communications with BIDMC without their consent.

19. The expectations and understandings of website users are supported by state law, which prohibits healthcare providers such as BIDMC from using or disclosing individuals' "communications" with healthcare providers without valid authorization from the individual. *See* M.G.L. c. 111 § 70E.

20. Healthcare consumers would **not** anticipate or expect that their communications with healthcare providers, including BIDMC, which reveal information about that individual's personal health conditions, will be intercepted and secretly shared with third parties such as Google and Facebook for marketing purposes.

21. The expectations and understanding of users of the BIDMC Website are informed by what BIDMC tells them about how it handles their personal information.

22. The BIDMC Privacy Policy states:

> Beth Israel Deaconess Medical Center (BIDMC) is committed to protecting your privacy. The BIDMC website allows you to visit most areas without identifying yourself or providing personal information. For those areas where you elect to provide identifiable information, we assure you that we make every effort to protect your privacy.

(emphasis added). This is false. As explained in greater detail below, BIDMC injects hidden code into its website that permits third parties such as Google and Facebook to contemporaneously and surreptitiously intercept the contents of healthcare consumers' communications with the BIDMC Website. That hidden code tracks the user's IP address (i.e., the user's unique identity on the internet), connects the IP address to the user's browsing activity, and shares that same information with third parties such as Google and Facebook. Those third parties can then connect the user's intercepted communications with their real-world identities. It is, therefore, false to state that the "website allows you to visit most areas without identifying yourself," as Google and Facebook can and do identify users on the website and associate their identities to the website users' communications with the website.

Google and Facebook can then use the communications to serve personalized advertising to those individuals.

23. The same Privacy Policy also states:

> Beth Israel Deaconess Medical Center routinely gathers data on website activity, such as how many people visit the site, the pages they visit, where they come from, how long they stay, etc. **<u>The data is collected on an aggregate, anonymous basis, which means no personally identifiable information is associated with the data</u>**. This data helps us improve site content and overall usage. **<u>This information is not shared with other organizations.</u>** Except for authorized law enforcement investigations or other facially valid legal processes, **<u>we will not share any information we receive with any outside parties.</u>**

(emphasis added) The highlighted segments above are entirely false. As explained in greater detail below, data on website activity is **<u>not</u>** collected only on an aggregate basis. Instead, the data is recorded, intercepted, and collected on an individual basis. And, that data is **<u>not</u>** collected on an anonymous basis. Instead, Google and Facebook can and do associate website users' communications with the BIDMC Website with particular individuals known to Google and Facebook (many by name), which information Google can then use to serve personalized advertisements upon particular individuals. Finally, when BIDMC says "[t]his information is not shared with other organizations," this too is false. As discussed below, the information throughout the class period to the present has been shared with Google and various other third parties, and prior to late September 2022, website users' communications with the BIDMC Website were shared with Facebook.

24. Although the BIDMC Website, since approximately November 2021, includes a pop-up on its website that references the use of "cookies and other tools to enhance your experience on the website," the pop-up links to the Privacy Policy discussed in the paragraphs above, which, as noted, presents false information that fails to disclose that BIDMC assists third parties such as Google and Facebook to secretly and contemporaneously intercept website users' communications with the BIDMC Website.

25. In short, healthcare consumers expect that their communications with healthcare-related websites will not be shared with third parties without their consent—an understanding reinforced strongly by BIDMC's false and deceptive statements on the BIDMC Website. The interceptions of website users' communications with BIDMC were, therefore, truly secret and made without any consent from Plaintiff or the other class member website users.

**Third-Parties Offering Tracking Technologies**

26. Plaintiff describes in this complaint various tracking technologies implemented on the BIDMC Website that cause the secret interception, recording, and transmission of the contents of Class Members' internet communications with BIDMC. The next section presents a basic overview of how the technologies work. This section provides a brief overview of the third parties that intercept and record the contents of Class Members' internet communications with BIDMC and the purposes for which interceptions are made.

27. Meta Platforms, Inc., referred to in this complaint by its former and more familiar name, "Facebook,"[1] is a multinational technology conglomerate based in Menlo Park, California. It owns and operates social media platforms, including Facebook and Instagram, as well as various other software and technology products and services.

28. Facebook maintains detailed profiles on individuals that include the users' real names, locations, email addresses, friends, and communications that Facebook associates with personal identifiers, including IP addresses and device identifiers.

29. Facebook derives most of its revenues from selling targeted advertising to users of its platforms, including Facebook and Instagram. Facebook tailors advertising toward particular individuals by building extensive behavioral profiles about each individual. These profiles are based

[1] Facebook rebranded its parent company as "Meta" in October 2021.

not only on those individuals' use of Facebook products, such as Facebook and Instagram, but also on the activities of those individuals on other websites that Facebook does not own.

30. Among the ways Facebook tracks users on websites not owned by Facebook to supplement its detailed individual profiles is by offering websites with the tracking technology known as Meta Pixel, formerly known as Facebook Pixel. Facebook advertises that Meta Pixel allows website owners to track users across their website and to optimize Facebook advertising based on how they use the websites.

31. Facebook explains on its own website: "The Meta Pixel is a snippet of JavaScript code that allows [companies] to track visitor activity on your website."

32. Facebook explains further: "Once you've set up the Meta Pixel, the Pixel will log when someone takes an action on your website…. The Meta Pixel receives these actions, or events, which you can view on your Meta Pixel page in Events Manager."

33. Therefore, the Meta "pixel allows Facebook to be a **silent third-party watching whatever you're doing**."[2]

34. Google LLC is a multinational technology conglomerate and a wholly owned subsidiary of Alphabet Inc. Google LLC is referred to in this complaint as simply "Google." Google owns and operates various software services, including the popular Gmail email service, Google's search platform, and numerous other internet software services. It also manufactures technology products, including cell phones, smart home devices, and computers.

35. Google maintains detailed profiles on individuals that include information such as their real names, dates of birth, email addresses, phone numbers, and details on interactions such individuals

[2] *Facebook spies on us but not by recording our calls. Here's how the social network knows everything*, Jefferson Graham, USA Today, https://www.usatoday.com/story/tech/2020/03/04/facebook-not-recording-our-calls-but-has-other-ways-snoop/4795519002/(last visited Aug. 11, 2022) (emphasis added).

have with Google's services, such as Gmail. Google maintains detailed profiles on individuals, whether or not they have a Google account.

36. Google derives a substantial portion of its revenues through individually targeted advertising. Specifically, Google uses the information it collects on individuals to tailor advertising specifically to the individual, making Google's advertising more valuable than other forms of advertising that are not customized to the individual.

37. One way Google collects information to build its detailed profiles on individuals is through the tracking technology known as Google Analytics. Google incentivizes websites to use Google Analytics by offering it as a free tool for websites to track the behavior of users on its website. The tracking information recorded through Google Analytics and accessible by the website owner provides the website owner with insights about how users use the website, which the owner can use to improve the website. Although Google provides Google Analytics to website owners for "free," Google benefits and profits from Google Analytics by using the data collected through Google Analytics for its own commercial purposes, including using that data to build individuals' profiles further. Google can then use this information to serve such individuals with better-targeted individualized advertisements.

**<u>Website Tracking Technologies on the BIDMC Website</u>**

38. BIDMC injects hidden code into the BIDMC Website that permits third parties to contemporaneously intercept healthcare consumers' communications with BIDMC. The tracking technologies permit third parties such as Google and Facebook to associate a website user's browsing activity with particular individuals known to Google and Facebook. This includes, for example, associating the content of the user's communications with BIDMC with the website user's Facebook profile.

39. These tracking technologies transmit to Google, Facebook, and other companies, contemporaneously with the website communications between Class Members and BIDMC, the contents of those communications and identifying information about the Class Members. The contents intercepted include private health information, including the individual's medical conditions, doctors they may be seeing, medical searches the individual performs on the website, and personal medical information the user enters into forms on the website.

40. BIDMC uses or has used several tracking technologies on its website, including Google Analytics and Meta Pixel. The tracking technologies are implemented through similar means.

41. Before describing how such technologies work, it is important to first define some basic technological terms.

42. A **"browser"** or **"web browser"** is software on a computer or other device (such as a tablet or cell phone) that permits a website user to view a webpage. Examples include Google Chrome, Safari, and Firefox.

43. An **"IP address"** is a unique combination of four numbers, each between 0 and 255, that serves as a particular device's address on the internet. Both websites and website users have IP addresses. For example, the IP address for the BIDMC Website, as of the time of this complaint, is 134.174.104.188. When they connect to the internet, particular individuals also have their own unique IP addresses. Companies such as Google and Facebook associate particular individuals with IP addresses to help track them across the internet for commercial purposes.

44. A **"URL"** is another form of an address specifically for websites (or a webpage on a website) that a web browser can translate into an IP address to load the website. A URL is the familiar address often preceded by "http://." For example, the URL for the main landing page for the BIDMC Website is https://www.bidmc.org/. Numerous URLs also point to specific pages on that website; often, a URL will contain information about the particular webpage itself. For example, the BIDMC

Website has a page specifically about the BIDMC Cancer Center; that page's URL is https://www.bidmc.org/centers-and-departments/cancer-center.

45. A **"cookie"** is a file saved on a website user's device that helps track the user across different web pages or websites. As described below, Google Analytics and Meta Pixel are not themselves cookies but are instead implemented by JavaScript code. Both Google Analytics and Meta Pixel continue to intercept communications even if a user has set their browser settings to turn off cookies.

46. **"JavaScript"** is a type of computer code that can be included on a website. A website user's browser downloads and "runs" the code within the browser. The JavaScript code can perform various functions, including causing the browser to load components of the website, providing interactive functionality in the website, transmitting information from the browser to servers on the internet, or performing other functions in the background. Unlike many other components of a website, such as text and images, which are visible to the website user, the JavaScript code itself is not visible. The execution of JavaScript code may or may not result in the presentation of visible components of the website.

47. With those basic terms in mind, the tracking technologies described in this complaint—in particular, Google Analytics and Meta Pixel—work as follows. In general terms, a website owner (here, BIDMC) inserts into its website code that causes an individual's web browser, when loading the website, to also load a JavaScript file from a third-party server (such as Google or Facebook). That JavaScript code is then executed automatically within the individual's web browser.

48. The execution of the JavaScript code causes the individual's web browser to retrieve a very small file from the third-party's website, such as a transparent single-pixel image file from Facebook's server (hence the origin of the phrase "Meta Pixel" or "Facebook Pixel" to describe the tracking technology).

49. When the JavaScript code causes the user's web browser to retrieve a file from the third-party's website, the JavaScript code also causes the browser to communicate certain information to the third-party website. That information can include: (i) the URL of the website the user is visiting (that is, the website address, such as https://www.bidmc.org/); (ii) the title of the particular webpage being visited; (iii) metadata from the website, including information describing the content of the website; (iv) information the user has submitted to the website, such as search terms or any other information inputted out into a form (even if the user has not yet "submitted" the form); (v) whether and to what degree the user has scrolled through the website; (vi) if a user has made a selection on any drop-down menu on the website, the content of that selection; and (vii) prior pages the website user has visited before viewing the current page.

50. When the JavaScript code causes the browser to communicate the information described in the paragraph above to third-party servers such as Google or Facebook, the code also causes the browser to reveal the website user's IP address to the third-party website. This disclosure permits the third party, such as Google or Facebook, to associate the information it has received about the individual's communications with the website to the identity of a particular individual known to Google and Facebook. A third-party such as Google and Facebook can then add the content of the user's communications with BIDMC to its collection of information it already has about the individual, which it can then use for advertising purposes. For example, when Meta Pixel's JavaScript code causes a "pixel" to be loaded from Facebook's servers, Facebook records and associates the content of the communications it has intercepted with an individual's Facebook and Instagram profiles, which includes the individual's real name and other information about them.

51. The code for tracking technologies is invisible to a website user. By design, the tracking technologies work so that no visible evidence of the technology is shown to the user. For example, even though some technologies may load a small single-pixel image or another file, that image is not

displayed as part of the website; instead, it is loaded in the background solely for the purpose of transmitting the content of the user's communications and the user's identity to the third party such as Google or Facebook. The tracking technologies are detectible only by using specialized tools that divulge the code underlying a webpage and the network traffic the website components generate.

52. The tracking technologies described in this complaint intercept and transmit to third parties the contents of communications between healthcare consumers and BIDMC contemporaneously with those communications. The tracking technologies intercept and transmit the contents of those communications to third parties before the webpage has even completed loading.

53. The use of tracking technologies became an important news story in June 2022 following a report by the online magazine The Markup reporting that "Facebook Is Receiving Sensitive Medical Information from Hospital Websites."[3] (the "Markup Article"). That article detailed how many of the nation's top hospitals had Meta Pixel code on their websites, which caused the unauthorized disclosure of individuals' communications and other personal information to Facebook. The Markup Article has triggered Congressional investigations and increased scrutiny of hospitals' data practices.[4] In reaction to the Markup Article, some healthcare providers removed Meta Pixel code from their websites completely or severely limited its use.

54. BIDMC appears to be among these websites that removed Meta Pixel in reaction to the Markup Article. Based on an archived version of the BIDMC website's main page, it appears BIDMC removed Meta Pixel from its website in approximately late September 2022, a few months after the Markup Article was published. BIDMC, however, continues, to the present, to secretly inject

---

[3] *See* "Facebook Is Receiving Sensitive Medical Information from Hospital Websites," https://themarkup.org/pixel-hunt/2022/06/16/facebook-is-receiving-sensitive-medical-information-from-hospital-websites.

[4] *See* "Meta Faces Mounting Questions from Congress on Health Data Privacy As Hospitals Remove Facebook Tracker," https://www.healthcareitnews.com/news/senator-questions-zuckerberg-over-metas-healthcare-data-collection-policies.

Google Analytics and several other third-party tracking technologies onto its website. These tracking technologies are each substantially similar to the now-removed Meta Pixel code, both in their surreptitious deployment on the website and their contemporaneous interception of website users' communications with BIDMC.

**BIDMC's Use of Tracking Technologies on the BIDMC Website**

55. BIDMC uses various tracking technologies across the BIDMC Website. Several of those tracking technologies are injected into the code of all, or almost all, of the pages within the BIDMC Website. For example, on nearly every page of the BIDMC Website, BIDMC injects hidden code that loads Google Analytics. It also appears Meta Pixel was injected onto most pages on the BIDMC website before BIDMC removed Meta Pixel in late September 2022.

56. The code for tracking technologies such as Meta Pixel and Google Analytics is invisible to website users but becomes visible only when using special "developer" software such as Google's "Developer Mode," a tool designed for web developers. Google's Developer Mode displays hidden components of websites and records the content of network traffic generated by website components (including the loading and execution of JavaScript code and the text that the JavaScript code causes to be transmitted to third-party web servers when it loads a small file or image).

57. Below is an image of the main landing page for the BIDMC Website:




58. When a user loads the main landing page for the BIDMC Website, the webpage causes the user's web browser to download from Google's servers a file called "analytics.js," which contains the JavaScript code for Google Analytics ("analytics" refers to "Google Analytics," and "js" standards for JavaScript). The website then causes the user's web browser to execute the JavaScript code contained in the "analytics.js" file. That code, in turn, causes the user's web browser to connect to Google's servers again to load a small file. When the user's web browser loads this small file, the Google Analytics JavaScript code causes the user's web browser to intercept and transmit certain information to Google.

59. The image below depicts the landing page for the BIDMC Website on the left-hand-side, and to the right of it, Google Developer Mode, which inspects the components of the website and the network traffic those components generate:




60. A closer view of Google Developer Mode, focusing specifically on the contents of the communication intercepted and transmitted to Google, is presented below (with highlighting added). The "Payload" is a technological term that refers to information transmitted from a user's web browser to a web server when the browser retrieves a file from that web server. In this case, the "Payload" reflects the information that the Google Analytics JavaScript code causes the user's web browser to intercept and transmit to Google when a small file is loaded from Google's servers:

× Headers Payload Preview Response Initiator Timing

▾ **Query String Parameters** view source view URL-encoded

v: 2
tid: G-4C59E3BYCV
gtm: 45je32f0
_p: 830840324
cid: 994595417.1676504729
ul: en-us
sr: 1920x1080
uaa: x86
uab: 64
uafvl: Chromium;110.0.5481.96|Not%20A(Brand;24.0.0.0|Google%20
Chrome;110.0.5481.96
uamb: 0
uam:
uap: Windows
uapv: 10.0.0
uaw: 0
_s: 1
sid: 1676504728
sct: 1
seg: 1
dl: https://www.bidmc.org/
dt: Beth Israel Deaconess Medical Center | BIDMC of Boston
en: page_view

61. Among the information transmitted to Google's servers contemporaneously with the communications between the website user and the BIDMC Website are:

(a) The URL of the webpage visited (the text after the letters "dl," which includes the text "www.bidmc.org"); and

(b) The title of the webpage (after the letters "dt," which includes "Beth Israel Deaconess Medical Center | BIDMC of Boston").

62. The other information Google intercepts includes data about the user's web browser configuration (including screen resolution, device information, and browser settings); a unique identifier for the particular user visiting the website (which enables Google to track that individual

across the website); and identification codes used to connect the browsing activity with a Google Analytics account held by the website (here, BIDMC).

63. Notably, when the website user's web browser intercepts the contents of communications between the website user and the BIDMC Website and contemporaneously transmits those contents to Google, the connection established between the user's web browser and Google's servers reveals the user's IP address to Google. Google then uses that IP address to associate the user's communications with the website with particular individuals known to Google, including those individuals' Google accounts and real-world identities (whether or not the individual has a Google account). After Google associates the website user's communications with BIDMC with the identity of particular individuals known to Google, Google can use that information for its own commercial purposes, including serving personalized advertisements upon that individual on other websites owned by Google or any other third parties that use Google's advertising platforms (many do).

64. Moreover, by communicating information about the website user's browser configuration and device (such as screen resolution and other browser configuration settings), Google can confirm the user's identity through a technique known as "browser fingerprinting." In short, browser fingerprinting associates particular individuals with unique combinations of web browser settings. This permits Google to confirm that a specific individual using Google's services (for example, a person with a Gmail account) and an individual visiting the BIDMC Website are the same.

65. As noted, BIDMC recently removed Meta Pixel from its website, likely in response to press coverage and Congressional scrutiny following the Markup Article. An archived version of the main page of the BIDMC website, saved before BIDMC removed Meta Pixel, confirms that BIDMC used Meta Pixel code on the main landing page of its website as recently as late September 2022.

66. When BIDMC used Meta Pixel, the BIDMC Website would load a JavaScript file called "fbevents.js." That JavaScript code, in turn, caused the website user's browser to secretly and

contemporaneously intercept and transmit to Facebook the website user's communications with the BIDMC Website. Below is an example of the contents of the communication between the website user and BIDMC, which the hidden Meta Pixel would intercept and transmit to Facebook:

× Headers Payload Preview Response Initiator »

▾ **Query String Parameters** view source view URL-encoded

id: 1902404530083541
ev: Microdata
dl: https://www.bidmc.org/
rl:
if: false
ts: 1597209786020
cd[DataLayer]: []
cd[Meta]: {"title":"Beth Israel Deaconess Medical Center | BIDMC of Boston","meta:description":"Beth Israel Deaconess Medical Center (BIDMC), a part of the Beth Israel Lahey Health system, is a world-class teaching hospital of Harvard Medical School.","meta:keywords":""}
cd[OpenGraph]: {"og:title":"Beth Israel Deaconess Medical Center | BIDMC of Boston","og:description":"Beth Israel Deaconess Medical Center (BIDMC), a part of the Beth Israel Lahey Health system, is a world-class teaching hospital of Harvard Medical School.","twitter:title":"Beth Israel Deaconess Medical Center | BIDMC of Boston","twitter:description":"Beth Israel Deaconess Medical Center (BIDMC), a part of the Beth Israel Lahey Health system, is a world-class teaching hospital of Harvard Medical School.","og:url":"https://www.bidmc.org/","og:site_name":"BIDMC of Boston"}
cd[Schema.org]: []
cd[JSON-LD]: []
sw: 1920
sh: 1080
v: 2.9.23
r: stable
ec: 1

67. Similar to Google Analytics, Meta Pixel caused the user's web browser to intercept and transmit to Facebook the contents of the communications between the website user and the BIDMC

Website, including the URL of the webpage visited, the title of the webpage, and descriptions of contents of the webpage. The interception and transmission to Facebook also included information about the user's browser configuration and various codes to associate the communications with BIDMC's advertising account with Facebook.

68. Also, the JavaScript code for Meta Pixel caused the user's web browser to reveal the user's IP address to Facebook. This identifier permitted Facebook to associate the content of the website user's communications with the website to the user's Facebook profile (or the profile of other websites owned by Facebook, such as Instagram). With that information, Facebook could then use the contents of communications between the website user and BIDMC to serve personalized advertising to the website user in the future.

69. Moreover, the transmission to Facebook of the user's browser configuration permitted Facebook to confirm the user's identity through browser fingerprinting (that is, comparing the unique combination of browser settings revealed to Facebook via the Meta Pixel Code to Facebook's own records of the same browser configuration when the same individual visits Facebook, Instagram, and other Facebook-owned websites).

70. The text fields communicated to Facebook by the Meta Pixel code also included a persistent identifier for each particular user, which permitted Facebook to track that individual across the BIDMC Website and further confirm that individual's real-world identity.

71. BIDMC also implemented an optional feature of Google Analytics that closely tracked how a website user scrolls through and clicks different parts of a webpage. For example, a user scrolling down on the main landing page of the BIDMC website, the Google Analytics code that BIDMC injected into its website would contemporaneously intercept and transmit to Google the fact that the user had so scrolled. A capture of the information sent to Google is depicted below (with highlighting added):




As shown above, the Google Analytics code intercepted the fact that the user was "scrolling" through the webpage and had scrolled through 50% of the page. That is, BIDMC aided Google in intercepting not only information concerning the particular webpages visited by each user but also each user's movements and clicks within a webpage. That information is valuable to Google because it provides information about the website user's level of engagement on the particular webpage, which can inform Google's commercial use of the information, such as whether to serve personalized advertising that relates to the content of the communications between the website user and BIDMC.

72. BIDMC configured its website to intercept and retransmit to Google, Facebook, and other third parties specific information about the webpages a healthcare consumer visits within the website, which in turn may reveal personal information about the healthcare consumer. The further

examples presented below do not necessarily reflect webpages Plaintiff personally visited but are presented for illustrative purposes.

73. The BIDMC Website contains hundreds of subpages for specific "Conditions & Treatments" and "Centers & Departments." For example, the BIDMC Website contains a page entitled "Obstetrics & Gynecology," designed to inform the website user about OB/GYN services BIDMC offers. A user, by visiting this webpage, reveals to BIDMC that the user has some interest in OB/GYN services (for example, the user may be pregnant or know someone who is). When the user communicates with BIDMC by visiting this particular webpage, BIDMC causes the secret interception and transmission of that communication to Google and other third parties. Below is a screenshot of the Obstetrics & Gynecology webpage:



74. The graphic below presents the contents of the communication between the website user and BIDMC that are secretly intercepted and transmitted to Google when the above page loads as a result of the Google Analytics JavaScript code that BIDMC secretly injects into the website (with highlighting added):

× Headers Payload Preview Response Initiator Timing

▾ **Query String Parameters** view source view URL-encoded

v: 1
_v: j99
a: 582188403
t: event
ni: 1
_s: 1
dl: https://www.bidmc.org/centers-and-departments/obstetrics-and-gynecology
ul: en-us
de: UTF-8
dt: Obstetrics and Gynecology | BIDMC of Boston
sd: 24-bit
sr: 1920x1080
vp: 1244x979
je: 0
ec: scrolling
ea: 25%
el: https://www.bidmc.org/centers-and-departments/obstetrics-and-gynecology
_u: SCCACEABBAAAACAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81PQ3GJJD
z: 1850750301

75. As reflected in the above screenshot, the code injected into the BIDMC Website causes the user's browser to contemporaneously intercept and transmit to Google the fact that the website user is visiting an "Obstetrics and Gynecology" webpage on the BIDMC Website—information that Google retains and can use for its own commercial purposes, and because Google retains it, can be accessible by third parties by subpoena or otherwise.[5]

76. Until recently, the same webpage contained hidden code that intercepted the user's communication with the website and retransmitted that same information to Facebook. BIDMC caused the secret interception and transmission to Facebook of the contents of the communication between the website user and BIDMC, including that the user is visiting an "Obstetrics & Gynecology" webpage, information that Facebook retained and can use for commercial purposes.

77. The BIDMC Website contains hundreds of similar pages on particular medical specialties and practices that BIDMC offers. For each such page, the BIDMC Website aids or aided Google and Facebook's secret interception of the contents of communications with BIDMC, similar to the above Obstetrics & Gynecology department example.

78. As reflected in the screenshot from the Obstetrics & Gynecology webpage, BIDMC pages on particular departments and centers each include a "Request an Appointment" button, through which the website user can request an appointment with a doctor in that specific department. When a user clicks on the "Request an Appointment" button, that click is intercepted and transmitted to Google. The screenshot below depicts the information intercepted and sent to Google when the user clicks the button:

[5] *See, e.g.,* "How data from period-tracking and pregnancy apps could be used to prosecute pregnant people," https://www.latimes.com/business/story/2022-08-17/privacy-reproductive-health-apps.



× Headers Payload Preview Response Initiator Timing

▼ Query String Parameters view source view URL-encoded

v: 1
_v: j99
a: 582188403
t: event
ni: 0
_s: 1
dl: https://www.bidmc.org/centers-and-departments/obstetrics-and-gynecology
ul: en-us
de: UTF-8
dt: Obstetrics and Gynecology | BIDMC of Boston
sd: 24-bit
sr: 1920x1080
vp: 1244x979
je: 0
ec: request appointment
ea: appointment click
el: Request an Appointment https://www.bidmc.org/request-an-appointment
_u: SCCACEABBAAAACAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81PQ36JJD
z: 2125075360

As reflected in the above screenshot, hidden Google Analytics code intercepts and transmits to Google the fact that the user has made an "appointment click" to "request an appointment" in the "Obstetrics and Gynecology" department. Google can then use the content of that intercepted communication for its own commercial purposes.

79. When a user clicks the "Request an Appointment" button, either from a department page or from the right-hand menu visible on almost all pages of the BIDMC Website, the user is taken to a form for the website user to fill out to request an appointment. A screenshot of part of the "Request an Appointment" page is set forth below:




80. As depicted in the above screenshot, the user can select the "Department" in which the user wishes to request an appointment. When a user makes a selection indicating the department in which the user wishes to request an appointment, that selection is intercepted and transmitted to

Google via the hidden Google Analytics code. A screenshot of the information intercepted and transmitted to Google is below[6]:

× Headers Payload Preview Response Initiator Timing
▾ Query String Parameters view source view URL-encoded
v: 1
_v: j99
a: 622346428
t: event
ni: 0
_s: 1
dl: https://www.bidmc.org/request-an-appointment
ul: en-us
de: UTF-8
dt: New Patient Appointment Request Form | BIDMC of Boston
sd: 24-bit
sr: 1920x1080
vp: 1244x979
je: 0
ec: internal link
ea: www.bidmc.org
el: OB/GYN - General
_u: SCCACEABBAAAACAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81PQ3G3JD
z: 1742872144

As reflected in the above example, hidden Google Analytics code intercepts and communicates to Google that the website user is filling out a "New Patient Appointment Request Form" and is seeking an "OB/GYN" doctor—information that Google retains and can use for its own commercial

[6] This is an example and does not reflect Plaintiff's personal activity on the website.

purposes, including associating those communications with the individual's real-world identity for targeted advertising purposes. The same saved information can be accessed by third parties by a subpoena or otherwise.

81. Analysis of the underlying code of and network activity generated by historical, archived versions of the BIDMC Website's "Request an Appointment" page confirms that prior to late September 2022, BIDMC injected hidden Meta Pixel code on the Request an Appointment page during the class period, which intercepted and transmitted to Facebook contents of the communications between the website user and BIDMC. An example of the contents of communications intercepted and transmitted to Facebook is shown below (with highlighting added):

▾ Query String Parameters view source view URL-encoded

id: 1902404530083541
ev: Microdata
dl: https://www.bidmc.org/request-an-appointment
rl:
if: false
ts: 1597342065583
cd[DataLayer]: []
cd[Meta]: {"title":"Request An Appointment | BIDMC of Boston","meta:description":"If you are a new BIDMC patient, fill out the ","meta:keywords":""}
cd[OpenGraph]: {"og:title":"Request An Appointment | BIDMC of Boston","og:description":"If you are a new BIDMC patient, fill out the ","twitter:title":"Request An Appointment | BIDMC of Boston","twitter:description":"If you are a new BIDMC patient, fill out the ","og:url":"https://www.bidmc.org/request-an-appointment"}
cd[Schema.org]: []
cd[JSON-LD]: []
sw: 1920
sh: 1080
v: 2.9.23
r: stable
ec: 1
o: 30
fbp: fb.0.1597342065058.71904984
it: 1597342063937
coo: false
es: automatic
tm: 3
rqm: GET

82. Facebook could then use the intercepted communications (including the knowledge that a particular individual was requesting an appointment) for its own commercial purposes, including targeted advertising to that individual on Facebook-owned platforms.

83. If a user completes the "Request an Appointment" form and clicks "Submit," that communication too is intercepted by hidden Google Analytics code and transmitted to Google, as

reflected in the screenshot below (with highlighting added), which depicts a communication to Google that there has been a "submission" of the "request appointment…form."




84. The BIDMC Website also includes a search function that permits an individual to search for medical or other information relevant to them. Healthcare consumers often enter search terms that reveal private health information about them, for example, when an individual uses the search function for particular symptoms, conditions, or medical specialties offered by BIDMC. When an individual uses the search function, BIDMC aids in the secret interception of the contents of that

search and transmission of those contents to Google and other third parties. Below, for example, is the search results page for "pregnant."[7]




85. When a user performs this search on the BIDMC Website, and the results page then loads, the Google Analytics code is activated, causing the individual's web browser to intercept the user's search terms and transmit them to Google. Below is the portion of the communication that the Google Analytics code causes to be transmitted to Google (with highlighting added):

[7] This is an example and does not reflect Plaintiff's personal activity on the website.

× Headers Payload Preview Response Initiator Timing

▾ **Query String Parameters** view source view URL-encoded

v: 1
_v: j99
a: 367366503
t: event
ni: 1
_s: 1
dl: https://www.bidmc.org/search?q=pregnant
ul: en-us
de: UTF-8
dt: Search | BIDMC of Boston
sd: 24-bit
sr: 1920x1080
vp: 1244x979
je: 0
ec: scrolling
ea: 25%
el: https://www.bidmc.org/search?q=pregnant
_u: SCCACEABBAAAACAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81PQ3GJJD
z: 1188639042

86. As reflected in the above screenshot, the hidden Google Analytics code causes the precise search terms entered by the user to be intercepted and transmitted to Google, which Google can then use for its own commercial purposes, including associating those search terms with the individual's real-world identity for targeted advertising purposes.

87. Upon information and belief, before the removal of Meta Pixel from the BIDMC in late September 2022, healthcare consumers' searches on the BIDMC Website were similarly intercepted and transmitted to Facebook through the hidden Meta Pixel code.

88. The BIDMC Website also includes a "Find A Doctor" feature that permits healthcare consumers to search for doctors using filtering criteria, such as specialties, location, doctor gender, and language. For example, the screenshot below depicts the search results page when a user indicates she is looking for a female doctor in "Obstetrics & Gynecology" within five miles of Boston zip code 02210[8]:




89. Depicted below are the contents of the user's communication with the BIDMC website that are intercepted and transmitted to Google via hidden Google Analytics Code (with highlighting added):

---

[8] This is an example and does not reflect Plaintiff's personal activity on the website.

× Headers Payload Preview Response Initiator Timing

▾ **Query String Parameters** view source view URL-encoded

v: 1
_v: j99
a: 1668524106
t: event
ni: 1
_s: 1
dl: https://findadoc.bidmc.org/?Gender=Female&Specialties=124&sortby=distance&sortDirection=asc&address=Boston%2C+MA+02210%2C+USA&distance=5&latlng=42.352%2C-71.041
ul: en-us
de: UTF-8
dt: Search Results - Beth Israel Deaconess
sd: 24-bit
sr: 1920x1080
vp: 1244x979
je: 0
ec: scrolling
ea: 25%
el: https://findadoc.bidmc.org/?Gender=Female&Specialties=124&sortby=distance&sortDirection=asc&address=Boston%2C+MA+02210%2C+USA&distance=5&latlng=42.352%2C-71.041
_u: SCCACEABBAAAAGAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81MQZPXRH
z: 911478634

90. The above screenshot reflects that when an individual enters a search on the BIDMC "Find a Doctor" page and chooses other filtering criteria, Google Analytics intercepts the contents of the search and transmits them to Google, including the other filtering criteria the user has selected, including a location within 5 miles of 02210 and a female doctor in the above example. Although the

"Specialties" criterion is represented by a numeric code ("124"), the meaning of that code is easily discernible by loading the full URL captured in the above screenshot. Google retains all this information and may use it for its own commercial purposes, including associating find-a-doctor search criteria with the individual's real-world identity for targeted advertising purposes.

91. Upon information and belief, before BIDMC removed Meta Pixel from the BIDMC Website in or around late September 2022, searches using the Find-A-Doctor function were likewise intercepted and transmitted to Facebook via hidden Meta Pixel code. Facebook could then associate the precise "Find a Doctor" search criteria selected by a user with the individual's accounts held by Facebook-owned platforms (including Facebook and Instagram).

92. The BIDMC website also provides information about two urgent care facilities operated by affiliates of BIDMC—one in Chelsea and one in Chestnut Hill (a BIDMC affiliate also previously operated an urgent care facility in Dedham). From the information pages on those two urgent care facilities, BIDMC provides an option to "Reserve your spot" in line at the urgent care. Part of the webpage through which a user may reserve their spot is depicted below:




93. When a user clicks on the "Reserve my spot" button, indicating the user's intent to obtain healthcare services from BIDMC's affiliated urgent care facilities, that communication is contemporaneously intercepted and transmitted to Google via hidden Google Analytics code. The contents of the communication intercepted and transmitted to Google are depicted below:

× Headers Payload Preview Response Initiator Timing

▾ Query String Parameters view source view URL-encoded

v: 1
_v: j99
a: 1106985833
t: event
ni: 0
_s: 1
dl: https://www.bidmc.org/locations/chestnut-hill-urgent-care?_ga=2.237926793.821071908.1676646054-596125675.1676646054&_gl=1*f17g5t*_ga*NTk2MTI1Njc1LjE2NzY2NDYwNTQ.*_ga_4C59E3BYCV*MTY3NjY0NjA1My4xLjEuMTY3NjY1MDQyNC4wLjAuMA..
dr: https://findadoc.bidmc.org/
ul: en-us
de: UTF-8
dt: Beth Israel Lahey Health Urgent Care - Chestnut Hill | BIDMC
sd: 24-bit
sr: 1920x1080
vp: 1382x1087
je: 0
ec: external link
ea: www.clockwisemd.com
el: Reserve my spot https://www.clockwisemd.com/hospitals/584/appointments/new
_u: SCCICEBBBAAAACAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81PQ3GJJD

94. As reflected in the above screenshot, BIDMC facilities Google's interception of the communication between a website user and BIDMC through which the user clicks on an "external link" to "Reserve my spot" at "Beth Israel Lahey Urgent Care – Chestnut Hill." Google retains this

intercepted communication and may use it for its own commercial purposes, including associating those communications with the individual's real-world identity for targeted advertising purposes.

95. Analysis of the underlying code of and network activity generated by an archived version of the same "Urgent Care" section of the BIDMC website confirms that prior to removing Meta Pixel from its website, BIDMC injected hidden Meta Pixel code onto this page of the website, permitting Facebook to intercept the contents of communications between the website user and BIDMC concerning urgent care facilities affiliated with BIDMC.

96. The BIDMC website also contains a section permitting patients to pay bills they received from BIDMC. The website contains a "Make a Payment" button, as reflected in the screenshot below:



97. When a user clicks the "Make a Payment" button (which signifies the fact that the user is an individual who has received medical services from BIDMC), that communication with BIDMC is intercepted and transmitted to Google. The contents of the communication that are intercepted and transmitted to Google are depicted below (with highlighting added):




98. As reflected in the above screenshot, hidden Google Analytics code intercepts that the user is visiting the "Billing and Financial Assistance" page and has clicked on an "external link" leading

to a "Make a Payment" website. Google retains this intercepted communication and may use it for its own commercial purposes, including associating those communications with the individual's real-world identity for targeted advertising purposes.

99. Before removing the Meta Pixel code from its website in late September 2022, BIDMC also injected hidden Meta Pixel code into the above "Paying Your Hospital Bill" website, which, similar to Google Analytics, would intercept and transmit to Facebook not only the fact that the user was visiting that webpage but also the fact that the user clicks the "Make a Payment" button. Below is a depiction of the information that the hidden Meta Pixel code would intercept and transmit to Facebook upon clicking the "Make a Payment" button:

× Headers Payload Preview Response Initiator Timing »

▼ Query String Parameters view source view URL-encoded

id: 1902404530083541
ev: SubscribedButtonClick
dl: https://www.bidmc.org/patient-and-visitor-information/patient-information/your-hospital-bill
rl:
if: false
ts: 1597339254430
cd[buttonFeatures]: {"classList":"button","destination":"https://www.mymedpayment.com/bidmc/","id":"","imageUrl":"","innerText":"Make a Payment","numChildButtons":0,"tag":"a","name":""}
cd[buttonText]: Make a Payment
cd[formFeatures]: []
cd[pageFeatures]: {"title":"Your Hospital Bill (Pay Your Bill Online) | BIDMC of Boston"}
cd[parameters]: []
sw: 1920
sh: 1080
v: 2.9.23
r: stable
ec: 2
o: 30
fbp: fb.0.1597339216046.1981939244
it: 1597339214480
coo: false
es: automatic
tm: 3
rqm: GET

100. As reflected above, the hidden Meta Pixel would intercept and transmit to Facebook that the user has clicked a "Make a Payment" button on a "Your Hospital Bill" webpage on the BIDMC website. Facebook then retains and uses that intercepted communication for its own commercial purposes.

101. The BIDMC Website also contains a feature that permits website users who are patients at BIDMC to access their medical records and other personal information, called PatientSite. The screenshot below depicts a button that links to the PatientSite:




102. If a user clicks on the "PatientSite Login" button, that communication is intercepted and transmitted to Google. The contents of that communication that are intercepted and transmitted to Google are depicted below:

× Headers Payload Preview Response Initiator Timing

▾ **Query String Parameters** view source view URL-encoded

v: 1
_v: j99
a: 500088819
t: event
ni: 0
_s: 1
dl: https://www.bidmc.org/
ul: en-us
de: UTF-8
dt: Beth Israel Deaconess Medical Center | BIDMC of Boston
sd: 24-bit
sr: 1920x1080
vp: 1382x1087
je: 0
ec: external link
ea: patientsite.bidmc.org
el: PatientSite Login https://patientsite.bidmc.org/?
_u: SCCACEAB8AAAACAAI~
jid:
gjid:
cid: 596125675.1676646054
tid: UA-132719750-10
_gid: 821071908.1676646054
gtm: 45He32f0n81PQ3GJJD
z: 1872747210

103. As reflected in the above screenshot, hidden Google Analytics code causes the interception and transmission to Google of the fact that the website user, from a BIDMC webpage, has clicked on an "external link" that takes them to the "PatientSite Login." Google retains this intercepted communication and may use it for its own commercial purposes, including associating the user's communications with the individual's real-world identity for targeted advertising purposes.

104. In addition to Google and Facebook, BIDMC enables the communications between healthcare consumers and BIDMC to be intercepted and transmitted to various other companies without the consumer's knowledge or consent. These additional third parties include:

(a) **Doubleclick.** Google Doubleclick is an internet advertising platform. Similar to Google Analytics and Meta Pixel, Boston Children's has inserted code into their website that causes communications between the user and the website to be intercepted by and transmitted to Google. The contents intercepted include the URL and title of each website visited and the user's IP address. Google can then monetize that information through advertisements.

(b) **Siteimprove Analytics.** Siteimprove Analytics is a service similar to Google Analytics. It markets itself as providing "powerful insights into visitor behavior and website performance with intuitive dashboards and easy-to-use reporting, so you can make data-driven decisions to consistently deliver business results across teams." Siteimprove functions similarly to Google Analytics in using hidden code to secretly intercept and transmit to Siteimprove the contents of website users' communications with BIDMC through the BIDMC website, including the URL of each page visited.

(c) **Marchex.io.** Marchex.io is known primarily for its call analytics but also offers website tracking. During the class period, BIDMC inserted Marchex.io pixels that analyzed activity on the BIDMC Website. Marchex operates through hidden code that intercepts communications between website users and BIDMC, including the identity of the user visiting the website, which is revealed through the user's IP address.

**<u>The Secret Use of Website Tracking Technologies Such as Meta Pixel and Google Analytics Is Not Necessary</u>**

105. The secret use of tracking technologies such as Meta Pixel and Google Analytics is not necessary for the BIDMC Website's operation. The BIDMC Website can and would operate just the same from the perspective of healthcare consumers without the secret use of tracking technologies described in this complaint.

106. Tracking technologies such as Google Analytics and Meta Pixel are distinct from and are not necessary to feature Google or Facebook-associated functionality on the website. For example, a website can contain links to its Facebook profile or invite website users to interact with BIDMC via Facebook without using Meta Pixel. Meta Pixel is an entirely distinct feature from a Facebook button or a link to a Facebook profile; any website can have one without the other.

107. Moreover, even if BIDMC wanted to use tracking technologies to optimize its website or its marketing for a website, there is no legitimate or lawful reason for BIDMC (i) to keep secret from its website users the use of these tracking technologies; (ii) to falsely and deceptively claim that BIDMC does not share the communications with others when it does; or (iii) to claim that BIDMC maintains the privacy of those communications when it does not.

## Class Action Allegations

108. Plaintiff brings this action under Mass. R. Civ. Proc. 23 on behalf of herself and the Class, which includes:

> All Massachusetts residents who, while in the Commonwealth of Massachusetts, accessed any portion of the website at www.bidmc.org within three years prior to the date of the filing of this initial complaint in this action.

109. This action is properly maintainable as a class action.

110. The Class Members are so numerous that joinder of all members in a single lawsuit is impractical.

111. Common questions of law and fact exist for all Class Members, and those questions predominate over any questions solely affecting individual members of the Class. Among the predominant questions of law and fact common to the Class are:

(a) Whether communications between Class Members and BIDMC, through the BIDMC Website, were wire communications under the Massachusetts Wiretap Act;

(b) Whether BIDMC inserted tracking technologies into the hidden code of the BIDMC Website, including Google Analytics and Meta Pixel;

(c) Whether the tracking technologies inserted into the hidden code of the BIDMC Website are "intercepting devices" as defined in the Massachusetts Wiretap Act, M.G.L. c. 272 § 99(B)(3);

(d) Whether the computer code for tracking technologies such as Google Analytics, Meta Pixel, and others enabled Google, Facebook, and other third parties to record and disclose to Google, Facebook, and other third parties the contents of communications between BIDMC and users of the BIDMC Website;

(e) Whether the computer code for tracking technologies such as Google Analytics, Meta Pixel, and others disclosed to third parties such as Google, Facebook, and others the identity of the parties to the communication, the existence of the communication, and the communications' content, substance, purport, and meaning;

(f) Whether by inserting the computer code for Google Analytics, Meta Pixel, and other tracking technologies, BIDMC installed an intercepting device on their website with the intent to aid Google, Facebook, and other companies to hear and record communications between the Class Members and BIDMC;

(g) If Plaintiff prevails on the merits of her Massachusetts Wiretap Act claim, the remedies afforded under the Massachusetts Wiretap Act to Class Members, including statutory remedies, attorneys' fees, and litigation disbursements.

112. Plaintiff's claims are typical of Class Members' claims because, like Plaintiff, each Class Member accessed the BIDMC Website and had their communications with that website secretly intercepted and transmitted to third parties without their knowledge or consent.

113. Plaintiff will fairly and adequately protect the interests of the Class Members and has retained counsel who have extensive experience prosecuting consumer class actions and who, with Plaintiff, are fully capable of, and intent upon, vigorously pursuing this action. Plaintiff has no interest adverse to the Class.

114. A class action is superior to all other available methods for this controversy's fair and efficient adjudication. Furthermore, any individual Class member's damages are not likely substantial enough to justify the expense and burden of individual litigation. Hence, it would be impracticable for all Class Members to redress the wrongs done to them individually. There will be no difficulty in managing this action as a class action.

115. BIDMC has acted on grounds generally applicable to the Class, making appropriate the relief Plaintiff seeks for the Class as a whole.

**<u>COUNT I</u>**

**(Violation of the Massachusetts Wiretap Act, M.G.L. c. 272 § 99, on behalf of the Class)**

116. Plaintiff incorporates the foregoing paragraphs of the complaint as if fully set forth in this count.

117. The Massachusetts Wiretap Act, M.G.L. c. 272 § 99, makes it an unlawful act to "secretly hear, secretly record, or aid another to secretly hear or secretly record the contents of any wire or oral communication through the use of any intercepting device by any person other than a person given prior authority by all parties to such communication." *Id.* ¶ (B)(4), (C). The Act provides a private remedy to any "person whose oral or wire communications were intercepted." *Id* ¶ (C).

118. An individual's communications with a website constitute "wire communications" as defined in the Massachusetts Wiretap Act, M.G.L. c. 272 § 99(B)(1). The communications between Plaintiff and other Class Members and BIDMC, through the BIDMC Website, were wire communications under the Massachusetts Wiretap Act.

119. The tracking technologies inserted into the hidden code of the BIDMC Website, including Google Analytics and Meta Pixel, are "intercepting devices" as defined in the Massachusetts Wiretap Act, M.G.L. c. 272 § 99(B)(3). "Intercepting devices" also include (i) any devices Class Members used to access the BIDMC Website; (ii) Class Members' web browsers used to access the BIDMC Website; (iii) BIDMC's own computer servers; and (iv) the computer servers of third-parties such as Google and Facebook which intercepted Class Members' communications with the BIDMC Website.

120. The computer code for tracking technologies such as Google Analytics, Meta Pixel, and others enabled Google, Facebook, and other third parties to record and disclose to Google, Facebook, and other third parties the contents of communications between BIDMC and users of the

BIDMC Website, including, but not limited to, the identity of the parties to the communication, the existence of the communication, and the communication's content, substance, purport, and meaning, including but not limited to (i) the identity of webpages the user visited; (ii) the precise text of search queries; (iii) the search criteria individuals used to find doctors; and (iv) the precise contents of information the individuals inputted onto forms on the website.

121. By inserting the computer code for Google Analytics, Meta Pixel, and other tracking technologies, BIDMC installed an intercepting device on their website with the intent to aid Google, Facebook, and other companies to secretly hear and record communications between the Class Members and BIDMC.

122. Class Members' communications between the Class Members and BIDMC were intercepted, disclosed to Google, Facebook, and other third parties, and used without their knowledge or consent. Moreover, their privacy interests were violated by the interception.

123. Pursuant to the Massachusetts Wiretap Act, Plaintiff seeks for herself and each Class Member statutory damages of $100 for each day of BIDMC's violation of the Massachusetts Wiretap Act for Plaintiff and each Class Member or $1,000 with respect to the Plaintiff and each Class Member, whichever is higher, plus reasonable attorneys' fees and other litigation disbursements that her counsel has incurred and will reasonably incur in prosecuting this action.

## **Prayers for Relief**

WHEREFORE, Plaintiff prays for relief in the form of an order as follows:

a. Certifying this action as a class action under Massachusetts Rule of Civil Procedure 23, and appointing Plaintiff as class representative and her attorneys as class counsel;

b. Awarding damages (including statutory damages) to Plaintiff and Class Members;

c. Awarding attorneys' fees, expenses, and the costs of this suit, together with prejudgment and post-judgment interest at the maximum rate allowed by law; and

d. Awarding such other and further relief which the Court finds just and proper.

**Jury Demand**

Plaintiff demands a trial by jury on all claims so triable.

Dated: February 24, 2023

Respectfully submitted,

*/s/ Michelle H. Blauner*

SHAPIRO HABER & URMY LLP
Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
Patrick J. Vallely (BBO #663866)
One Boston Place
Suite 2600
Boston, MA 02108
(617) 439-3939 – Telephone
(617) 439-0134 – Facsimile
ehaber@shulaw.com
mblauner@shulaw.com
pvallely@shulaw.com