**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| Kathleen Vita,<br><br>For herself and the Class,<br><br>v.<br><br>Beth Israel Deaconess Medical Center, Inc.<br><br>Defendant. | Case No.: 1:24-CV-13222-JEK |

**PLAINTIFF'S RESPONSE TO COURT ORDER REGARDING RE-FILING OF <u>MOTIONS THAT HAD BEEN PENDING IN STATE COURT</u>**

Pursuant to the Court's order (ECF No. 5), Plaintiff attaches to this response as Exhibits A and B the motion to amend her complaint and memorandum of law in support of that motion, which she served on Defendant on December 9, 2024, prior to Defendant's removal of this case to this Court (the proposed amended complaint is attached as Exhibit 1 to the motion). Plaintiff had served this motion in state court pursuant to Massachusetts Superior Court Rule 9A but, pursuant to that rule, the motion had not yet been filed with the Massachusetts Superior Court. Defendant had not yet opposed the motion, as the parties had agreed (prior to Defendant's removal of this action) for the time for Defendant to respond to the motion be extended to January 10, 2025.

Plaintiff advises the Court that she intends to move to remand this case pursuant to 28 U.S.C. § 1447(c). That motion will be filed by January 30, 2025. As Plaintiff will set forth in her motion to remand, Plaintiff believes Defendant's removal of this action was premature and the Court currently lacks jurisdiction over this action. Accordingly, the Court cannot and should not take any action on Plaintiff's motion to amend until the Court decides Plaintiff's forthcoming motion to remand. Plaintiff agrees that the deadline for Defendant to respond to the Motion to Amend should be extended until 30 days after Plaintiff's forthcoming motion to remand is decided by the Court.

Respectfully submitted,

Dated: January 6, 2025

*/s/ Patrick J. Vallely*

Edward F. Haber (BBO #215620)
Michelle H. Blauner (BBO #549049)
Patrick J. Vallely (BBO #663866)
**SHAPIRO HABER & URMY LLP**
One Boston Place
Suite 2600
Boston, MA 02108
(617) 439-3939 – Telephone
(617) 439-0134 – Facsimile
ehaber@shulaw.com
mblauner@shulaw.com
pvallely@shulaw.com

***Attorneys for Plaintiff***

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing pleading was filed electronically through the Court's electronic filing system and that notice of this filing will be sent to all counsel of record in this matter by operation of the Court's ECF system.

Dated: January 6, 2025

*/s/ Patrick J. Vallely*
Patrick J. Vallely