UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Kathleen Vita,
    Plaintiff(s),

v.

Beth Israel Deaconess Medical Center, Inc.
    Defendant(s).

Civil Action No. 24-13222-JEK

## ORDER OF REMAND

**KOBICK, D.J.**

In accordance with the Electronic Order dated January 31, 2025, ECF 14;

IT IS HEREBY ORDERED that this case is REMANDED to the Superior Court for the County of Suffolk, Massachusetts.

Dated: January 31, 2025

/s/ Haley Currie
_____
Deputy Clerk